RYAN G. WELDON
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, Suite 300
Great Falls, MT 59403
Phone: (406) 761-7715
FAX: (406) 453-9973
E-mail: Ryan.Weldon@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

MAR 1 1 2019

Clerk, U.S District Court
District Of Montana
Great Falls

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 19-O7-BU-DLC |
|---|---|
| Plaintiff, | INFORMATION |
| vs. | WIRE FRAUD (Count I) Title 18 U.S.C. § 1343 (Penalty: 20 years imprisonment, $250,000 fine, and three years supervised release) |
| ELLEN LORRAINE VAN AUSDOL, Defendant. | MAKING AND SUBSCRIBING TO A FALSE INCOME TAX RETURN (Count II) Title 26 U.S.C. § 7206(1) (Penalty: Three years imprisonment, $100,000 fine, costs of prosecution, and one year of supervised release) |

THE UNITED STATES ATTORNEY CHARGES:

1

## INTRODUCTION

At all times relevant to this information:

1. The defendant, ELLEN LORRAINE VAN AUSDOL, operates a fiduciary business, which is called Fiduciary Consulting and Management, Inc., in Bozeman, Montana. The purpose of Fiduciary Consulting and Management, Inc., is to offer money management services for court-appointed clients. Many of the court-appointed clients have mental deficiencies and lack the ability to manage their own money.

2. All total, the investigation determined that the defendant, ELLEN LORRAINE VAN AUSDOL, embezzled approximately $444,000.00 from her clients. Such embezzlement resulted in the defendant, ELLEN LORRAINE VAN AUSDOL, also owing additional taxes to the IRS in an amount of $52,894.00.

## COUNT I

Beginning in or about January of 2010, and continuing thereafter until in or about April of 2016, at Bozeman and in Gallatin County, in the State and District of Montana, and other places, the defendant, ELLEN LORRAINE VAN AUSDOL, having devised and intending to devise a material scheme and artifice to defraud the clients of Fiduciary Consulting and Management, Inc., for the purpose of executing such scheme and artifice, and attempting to do so, did knowingly transmit and cause to be transmitted by means of wire communication in interstate

and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice.

## THE SCHEME TO EMBEZZLE

During the period of the information, it was part of the scheme and artifice to defraud clients of Fiduciary Consulting and Management, Inc. that the defendant, ELLEN LORRAINE VAN AUSDOL, embezzled and fraudulently withdrew unauthorized payments to herself from her clients' funds, which were located in a bank account in Bozeman.

## THE INTERSTATE WIRE COMMUNICATIONS

During the period of the information, the defendant, ELLEN LORRAINE VAN AUSDOL, having devised and intending to devise a material scheme and artifice to defraud, as described herein, for the purpose of executing the scheme to defraud, used bank accounts, thereby transmitting and causing to be transmitted by means of wire communication affecting interstate commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, from the State of Montana, through the Federal Reserve in Minneapolis, Minnesota, and back to Montana, in violation of 18 U.S.C. § 1343.

## COUNT II

On or about September 4, 2014, at Bozeman and in Gallatin County, in the State and District of Montana, and other places, the defendant, ELLEN

LORRAINE VAN AUSDOL, willfully made and subscribed to an income tax return, which was verified by a written declaration that it was made under the penalties of perjury, and which the defendant, ELLEN LORRAINE VAN AUSDOL, did not believe to be true and correct as to every material matter because it omitted the total amount of income from embezzled funds, which was additional income in the amount of $47,000 that the defendant, ELLEN LORRAINE VAN AUSDOL, knew needed to be reported, and resulted in an additional tax due and owing in the amount of $13,111, all in violation of 26 U.S.C. 7206(1).

DATED this 11th day of March, 2019.

KURT G. ALME
United States Attorney

RYAN G. WELDON
Assistant U.S. Attorney

for KURT G. ALME
United States Attorney

(for) JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney