IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELLEN LORRAINE VAN AUSDOL,<br><br>Defendant. | CR 19–07–BU–DLC<br><br>ORDER |

FILED
AUG 08 2019
Clerk, U.S District Court
District Of Montana
Missoula

Before the Court is the Unopposed Motion for Leave to File Victim Impact Statements Under Seal (Doc. 20) filed by the United States. The United States asserts that the victim impact statements contain "sensitive material" as defined under L.R. CR 16.4(a). (Doc. 20 at 1–2.) The United States also asserts that the victim impact statements also contain information that should be kept sealed so as to preserve the victims' rights to have their dignity and privacy treated with respect. (*Id.* at 2 (quoting 18 U.S.C. § 3771(a)(8)).) The Court agrees but notes that, because the statements contain sensitive material as defined under L.R. CR 16.4(a), a motion was unnecessary under L.R. CR 49.1(a)(2)(B). Nevertheless,

IT IS ORDERED that the United States' Motion (Doc. 20) is GRANTED and the Clerk of Court is directed to file the victim impact statements (Docs. 21-1 through 21-9) under seal in this case.

-1-

DATED this 8th day of August, 2019.

/s/ Dana L. Christensen
Dana L. Christensen, Chief District Judge
United States District Court