IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELLEN LORRAINE VAN AUSDOL,<br><br>Defendant. | CR 19–07–BU–DLC<br><br>ORDER |

Before the Court is the Unopposed Motion for Leave to File Report of Dr. James Murphey Under Seal (Doc. 23) filed by Defendant Ellen Lorraine Van Ausdol. Van Ausdol seeks to have her psychologist's report of her treatment and psychological status filed under seal pursuant to L.R. CR 49.1(a)(2)(C). L.R. CR 49.1(a)(2)(C) provides that a motion is unnecessary if the item to be sealed "is or contains material from a psychiatric or psychological report or contains confidential medical information and redaction is not practical." As the item Van Ausdol requests to have sealed is the actual psychological report, it is exactly the kind of report for which a motion is unnecessary under the Rule. Nevertheless,

IT IS ORDERED that Defendant's Motion (Doc. 23) is GRANTED and the Clerk of Court is directed to file Dr. Murphey's report (Doc. 24) under seal in this case.

-1-

DATED this 8th day of August, 2019.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court